ARNOLD PROCTOR by His NEXT FRIEND, MRS. C. D. PROCTOR, v. CARTER FABRICS CORPORATION AND LAFAYETTE G. HAYWOOD.

(Filed 11 December, 1946.)

PLAINTIFF's appeal from *Burgwyn, Special Judge,* at March, 1946, Civil Term, of GUILFORD (High Point Division).

*Gold, McAnally & Gold* for plaintiff, appellant.
*James B. Lovelace* for defendants, appellees.

PER CURIAM. The plaintiff, a minor, sued by his next friend to recover for serious injuries sustained through the alleged negligence of the defendants in the operation of a truck which struck and ran upon said plaintiff. Judgment of nonsuit was entered upon defendants' demurrer to the evidence, and plaintiff appealed. The Court is of the opinion that the demurrer was properly sustained, and the judgment is

Affirmed.